UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MILLENNIUM HEALTH &
FITNESS INC.,

    Plaintiff,

vs.

KATIE M. DOYLE, *et al.*,

    Defendants.

Case No. 3:23-cv-29

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

_____

### ORDER DIRECTING THE CLERK OF COURT TO TERMINATE THE CASE ON THE COURT'S DOCKET
_____

In light of Plaintiff's voluntary dismissals without prejudice (Doc. Nos. 16, 20, 21), and because no named defendant has filed an answer and no claims remain pending in this case, the Clerk of Court is **DIRECTED** to terminate the case on the Court's docket. *See* Fed. R. Civ. P. 41(a)(1).

**IT IS SO ORDERED**.

  April 12, 2023                                           s/Michael J. Newman
                                                                 Hon. Michael J. Newman
                                                                 United States District Judge